UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
STEVEN MATZURA, *on behalf of himself and all others* :
*similarly situated*, :
:
                Plaintiff, :      23-CV-3238 (JMF)
:
     -v- :      ORDER
:
ARTIPHON, INC., :
:
                Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the fact that Defendant has not appeared yet and appears to be in default, *see* ECF No. 13, the initial pretrial conference scheduled for August 3, 2023, is adjourned *sine die*. Plaintiff's motion for default judgment is due by **July 31, 2023**.

      Plaintiff shall electronically serve a copy of this Order on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: July 24, 2023
       New York, New York

                                               _____
                                                    JESSE M. FURMAN
                                            United States District Judge